UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 16, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| OBED BENITO VEGA SERRANO, also known as "Guero," and ▮▮▮▮▮▮▮▮▮▮ | : : : : | VIOLATIONS: 21 U.S.C. §§ 959(a), 960, and 963 (Conspiracy to Distribute Five Hundred Grams or More of Methamphetamine for Importation into the United States) |
| Defendants. | : : | 18 U.S.C. § 2 (Aiding and Abetting) |
| | : : | CRIMINAL FORFEITURE: 21 U.S.C. §§ 853(a), (p) and 970 |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From in or around March 2020, and continuing thereafter, up to and including at least through October 4, 2020, the exact dates being unknown to the Grand Jury, in the country of Mexico, and elsewhere, the defendants, **OBED BENITO VEGA SERRANO, also known as "Guero," and** ▮▮▮▮▮▮▮▮▮▮ and others both known and unknown to the Grand Jury, did knowingly, intentionally, and willfully combine, conspire, confederate and agree to distribute five hundred grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, intending, knowing or having reasonable cause to believe that such substance would be unlawfully imported into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 959(a); all in violation of Title 21, United States

Code, Section 963 and Title 18, United States Code, Section 2.

<u>Quantity of Methamphetamine Involved in the Conspiracy</u>

With respect to defendants **OBED BENITO VEGA SERRANO, also known as "Guero," and** ▬▬▬▬▬▬▬▬▬▬ the controlled substance involved in the conspiracy attributable to each defendant as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them is five hundred grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 960(b)(1)(H).

**(Conspiracy to Distribute Five Hundred Grams or More of Methamphetamine for Importation into the United States and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 959(a), 960 and 963, and Title 18, United States Code, Section 2)

## **FORFEITURE ALLEGATION**

1.    Upon conviction of the offense alleged in Count One, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a) and 970, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense.

2.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p) and 970)

A TRUE BILL:

FOREPERSON

*Matthew M. Graves* /DTH
Attorney of the United States in
and for the District of Columbia